UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NETJETS SALES, INC., a Delaware corporation; NETJETS AVIATION, INC., a Delaware corporation; NETJETS SERVICES, INC., a Delaware corporation authorized to do business in the State of Nevada,<br><br>Plaintiffs,<br><br>vs.<br><br>26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET, a Florida corporation; DOE INDIVIDUALS 1-20; ROE BUSINESS ENTITIES 1-20, inclusive, Defendants. | Case No. 3:23-cv-00332-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Plaintiffs NETJETS SALES, INC., NETJETS AVIATION, INC., and NETJETS SERVICES, INC. ("Plaintiffs") and Defendant 26 NORTH AVIATION, INC., (collectively, the "Parties") by and through their respective counsel of record, do hereby stipulate to modify the briefing schedule on the Plaintiffs' motion for partial summary judgment, which was filed on November 25, 2024.

1

1 Considering the holidays and other obligations of counsel during the time period for briefing on the motion, the parties have agreed to modify the briefing schedule. The parties have agreed that Defendant may have until December 30, 2024 to file its response to Plaintiffs' motion and that Plaintiffs shall have until January 21, 2025 to file their reply.

The Parties aver that this modification of the briefing schedule is made by the Parties in good faith and not for the purpose of delay. This is the first stipulation to modify the briefing schedule.

DATED this 16th day of December, 2024.

| SANDERS & PARKS, P.C. | PARSONS BEHLE & LATIMER |
|---|---|
| */s/ Dillon J. Steadman*<br>Mark G. Worischeck, Esq.<br>Dillon J. Steadman, Esq. (*pro hac vice*)<br>3030 North Third St., Suite 1300<br>Phoenix, AZ 85012-3099<br>Mark.worischeck@sanderssparks.com<br>Dillon.steadman@sanderssparks.com<br><br>James P.C. Silvestri, Esq.<br>Nevada Bar No. 3603<br>PYATT SILVESTRI<br>7670 W. Lake Mead Blvd., Suite 250<br>Las Vegas, NV 89128<br>jsilvestri@pyattsilvestri.com<br>*Attorneys for Defendant* | */s/ Lauren P. Rubin*<br>Ashley C. Nikkel, Nevada Bar No. 12838<br>Sarah Ferguson, Nevada Bar No. 14515<br>50 West Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: 775.323.1601<br>Facsimile: 775.348.7250<br>ANikkel@parsonsbehle.com<br>SFerguson@parsonsbehle.com<br><br>ZEIGER, TIGGES & LITTLE LLP<br>Christopher J. Hogan, *pro hac vice*<br>Lauren P. Rubin, *pro hac vice*<br>41 S. High Street, Suite 3500<br>Columbus, Ohio 43215<br>Telephone: 614.324.5078<br>Facsimile: 614.365.7900<br>hogan@litohio.com<br>rubin@litohio.com<br>*Attorneys for Plaintiffs* |

## **ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, December 16, 2024, I received concurrence from Plaintiff's counsel, Lauren P. Rubin, to file this document with her electronic signature attached.

/ / /

/ / /

/ / /

/ / /

/ / /

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 16, 2024.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603

**ORDER**

IT IS SO ORDERED.

DATED: December 20, 2024

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE