UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NETJETS SALES, INC., a Delaware corporation; NETJETS AVIATION, INC., a Delaware corporation; NETJETS SERVICES, INC., a Delaware corporation authorized to do business in the State of Nevada,<br><br>Plaintiffs,<br><br>vs.<br><br>26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET, a Florida corporation; DOE INDIVIDUALS 1-20; ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 3:23-CV-00332-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND FILING DEADLINE FOR JOINT PRE-TRIAL ORDER**<br><br>**(First Request)** |

Plaintiff NETJETS SALES, INC., NETJETS AVIATION, INC., NETJETS SERVICES, INC. (hereinafter collectively "Plaintiffs") and Defendant 26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET (hereinafter "Defendant," together with Plaintiffs, the "Parties"), by and through their respective counsel of record, do hereby stipulate to extend the deadline to file the Joint Pre-Trial Order in this matter from June 30, 2025 to September 8, 2025 for the reasons explained herein. Pursuant to Local Rule 6-1(b), the Parties hereby aver that this is

PARSONS
BEHLE &
LATIMER

the first such Joint Pre-Trial Order extension requested in this matter though they note that the parties have requested extensions for the discovery deadlines three prior times. The Joint Pre-Trial Order is currently due June 30, 2025.

On September 24, 2024, this Court issued the current operative Scheduling Order in this matter. ECF No. 30. The current Scheduling Order directs the Parties to submit a Joint Pre-Trial Order thirty (30) days following the entry of the Court's ruling on a dispositive motion.

On May 29, 2025, this Court issued its ruling on Plaintiffs' Motion for Partial Summary Judgment (ECF No. 31). ECF No. 41.

As a result, the Parties' Joint Pre-Trial order is due June 30, 2025.

On June 4, 2025, this Court issued the Order Scheduling Virtual Settlement Conference scheduling a settlement conference before United States Magistrate Judge Carla Baldwin for Thursday, August 7, 2025 at 9:00 a.m. ECF No. 43.

The Parties intend to participate in the virtual settlement conference in good faith and with the goal of reaching a resolution. As such, participation will require the Parties' and their respective counsel's full attention during this period. In addition, if the settlement conference is successful, it will render the Parties' prior preparation and submission of the Joint Pre-Trial Statement inefficient. A trial date has not yet been scheduled.

Accordingly, the Parties jointly request a brief extension of the date on which the Joint Pre-Trial Order is due be extended to thirty (30) days after the August 7, 2025 Settlement Conference, or Monday, September 8, 2025 (exclusive of the weekend). The Parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter. Accordingly, the Parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

extension.  This is the Parties' first request to extend the deadline for the Joint Pre-Trial Order.

**[PROPOSED] JOINT PRE-TRIAL ORDER DEADLINE:**

Currently:     June 30, 2025

**Proposed:**     **September 8, 2025**

DATED this 9th day of June, 2025.                    DATED this 9th day of June, 2025.

PARSONS BEHLE & LATIMER                              SANDERS & PARKS, P.C.


 /s/ Sarah Ferguson                                   /s/ Dillon J. Steadman
Ashley C. Nikkel, NSBN 12838                         Mark G. Worischeck
Sarah Ferguson, NSBN 14515                           Dillon J. Steadman (*pro hac vice*)
50 West Liberty Street, Suite 750                    3030 North Third St., Suite 1300
Reno, NV 89501                                       Phoenix, AZ 85012-3099
Telephone:  775.323.1601                             Telephone:  602.532.5795
ANikkel@parsonsbehle.com                             Mark.worischeck@sandersparks.com
SFerguson@parsonsbehle.com                           Dillon.steadman@sandersparks.com

ZEIGER, TIGGES & LITTLE LLP                          James P.C. Silvestri, NSBN 3603
Christopher J. Hogan, *pro hac vice*                 Ali R. Iqbal, NSBN 15056
Lauren P. Rubin, *pro hac vice*                      PYATT SILVESTRI
8000 Walton Parkway, Suite 260                       7670 W. Lake Mead Blvd., Suite 250
New Albany, OH 43054                                 Las Vegas, NV 89128
Telephone: 614.324.5078                              Telephone:  702.383.6000
hogan@litohio.com                                    jsilvestri@pyattsilvestri.com
rubin@litohio.com                                    aiqbal@pyattsilvestri.com

*Attorneys for Plaintiffs*                           *Attorneys for Defendant*


**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: June 10, 2025

3