1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT

13                          DISTRICT OF NEVADA

14   NETJETS SALES, INC., a Delaware          Case No. 3:23-CV-00332-ART-CLB
     corporation; NETJETS AVIATION, INC., a
15   Delaware corporation; NETJETS
     SERVICES, INC., a Delaware corporation
16   authorized to do business in the State of
     Nevada,
17                                             **ORDER GRANTING**
              Plaintiffs,
18                                             **STIPULATION TO EXTEND**
                                               **FILING DEADLINE FOR JOINT**
19        vs.                                  **PRE-TRIAL ORDER**

20   26 NORTH AVIATION INCORPORATED
     dba SKYSTREAM JET, a Florida                      **(Second Request)**
21   corporation; DOE INDIVIDUALS 1-20;
     ROE BUSINESS ENTITIES 1-20, inclusive,
22
              Defendants.

23           Plaintiff NETJETS SALES, INC., NETJETS AVIATION, INC., NETJETS SERVICES,

24   INC.   (hereinafter   collectively   "Plaintiffs")   and   Defendant   26   NORTH   AVIATION

25   INCORPORATED dba SKYSTREAM JET (hereinafter "Defendant," together with Plaintiffs, the

26   "Parties"), by and through their respective counsel of record, do hereby stipulate to extend the

27   deadline to file the Joint Pre-Trial Order in this matter from September 8, 2025 to October 8, 2025

28   for the reasons explained herein.  Pursuant to Local Rule 6-1(b), the Parties hereby aver that this is

PARSONS
BEHLE &
LATIMER

the second such Joint Pre-Trial Order extension requested in this matter though they note that the parties have requested extensions for the discovery deadlines three prior times. The Joint Pre-Trial Order is currently due September 8, 2025.

On June 4, 2025, this Court issued the Order Scheduling Virtual Settlement Conference scheduling a settlement conference before United States Magistrate Judge Carla Baldwin for Thursday, August 7, 2025 at 9:00 a.m. ECF No. 43.

The Parties participated in the virtual settlement conference in good faith and with the goal of reaching a resolution, but were unable to do so at that time. Since that date, there have been further settlement talks in an attempt to resolve this matter. The Parties believe there is still a possibility of settlement and wish to explore additional settlement negotiations over the next 30 days prior to incurring fees and costs associated with the preparation and submission of the Joint Pre-Trial Statement. A trial date has not yet been scheduled.

Accordingly, the Parties jointly request a brief extension of the date on which the Joint Pre-Trial Order is due by thirty (30) days after the present deadline of September 8, 2025 to Wednesday, October 8, 2025. The Parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter. Accordingly, the Parties aver, pursuant to Local

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

2

1   Rule 6-1, that good cause exists for the requested extension.  This is the Parties' second request to

2   extend the deadline for the Joint Pre-Trial Order.

3   DATED this 8th day of September, 2025.          DATED this 8th day of September, 2025.

4   PARSONS BEHLE & LATIMER                         SANDERS & PARKS, P.C.

5

6   */s/ Sarah Ferguson*                            */s/ Dillon J. Steadman*

7   Ashley C. Nikkel, NSBN 12838                    Mark G. Worischeck
    Sarah Ferguson, NSBN 14515                      Dillon J. Steadman (*pro hac vice*)

8   50 West Liberty Street, Suite 750               3030 North Third St., Suite 1300
    Reno, NV 89501                                  Phoenix, AZ 85012-3099

9   Telephone:  775.323.1601                        Telephone:  602.532.5795
    ANikkel@parsonsbehle.com                        Mark.worischeck@sandersparks.com

10  SFerguson@parsonsbehle.com                      Dillon.steadman@sandersparks.com

11  ZEIGER, TIGGES & LITTLE LLP                     James P.C. Silvestri, NSBN 3603
    Christopher J. Hogan, *pro hac vice*            Ali R. Iqbal, NSBN 15056

12  Lauren P. Rubin, *pro hac vice*                 PYATT SILVESTRI
    8000 Walton Parkway, Suite 260                  7670 W. Lake Mead Blvd., Suite 250

13  New Albany, OH 43054                            Las Vegas, NV 89128
    Telephone: 614.324.5078                         Telephone:  702.383.6000

14  hogan@litohio.com                               jsilvestri@pyattsilvestri.com
    rubin@litohio.com                               aiqbal@pyattsilvestri.com

15
    *Attorneys for Plaintiffs*                      *Attorneys for Defendant*

16

17

18                                  **ORDER**

19          IT IS SO ORDERED.

20

21

22                                  Anne R. Traum

23                                  United States District Judge

24                                  DATED: September 8, 2025

25

26

27

28

PARSONS
BEHLE &
LATIMER

                                        3