UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NETJETS SALES, INC., a Delaware corporation; NETJETS AVIATION, INC., a Delaware corporation; NETJETS SERVICES, INC., a Delaware corporation authorized to do business in the State of Nevada,<br><br>Plaintiffs,<br><br>vs.<br><br>26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET, a Florida corporation; DOE INDIVIDUALS 1-20; ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 3:23-CV-00332-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND FILING DEADLINE FOR JOINT PRE-TRIAL ORDER**<br><br>**(Third Request)** |

Plaintiff NETJETS SALES, INC., NETJETS AVIATION, INC., NETJETS SERVICES, INC. (hereinafter collectively "Plaintiffs") and Defendant 26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET (hereinafter "Defendant," together with Plaintiffs, the "Parties"), by and through their respective counsel of record, do hereby stipulate to extend the deadline to file the Joint Pre-Trial Order in this matter from October 8, 2025 to November 7, 2025 for the reasons explained herein. Pursuant to Local Rule 6-1(b), the Parties hereby aver that this is

1  the third such Joint Pre-Trial Order extension requested in this matter though they note that the
2  parties have requested extensions for the discovery deadlines three prior times.  The Joint Pre-Trial
3  Order is currently due October 8, 2025.

4        On June 4, 2025, this Court issued the Order Scheduling Virtual Settlement Conference
5  scheduling a settlement conference before United States Magistrate Judge Carla Baldwin for
6  Thursday, August 7, 2025 at 9:00 a.m.  ECF No. 43.

7        The Parties participated in the virtual settlement conference in good faith and with the goal
8  of reaching a resolution, but were unable to do so at that time.  Since that date, there have been
9  further settlement talks in an attempt to resolve this matter.  The Parties are currently engaged in
10 negotiations and wish to continue exploring the possibility of resolution over the next 30 days prior
11 to incurring fees and costs associated with the preparation and submission of the Joint Pre-Trial
12 Statement.  A trial date has not yet been scheduled.

13       Accordingly, the Parties jointly request a brief extension of the date on which the Joint Pre-
14 Trial Order is due by thirty (30) days after the present deadline of Wednesday, October 8, 2025 to
15 Friday, November 7, 2025.  The Parties have acted in good faith to request this extension and have
16 no intent, nor reason, to delay the resolution of this matter.  Accordingly, the Parties aver, pursuant

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

to Local Rule 6-1, that good cause exists for the requested extension.

DATED this 6th day of October, 2025.                    DATED this 6th day of October, 2025.

PARSONS BEHLE & LATIMER                                 SANDERS & PARKS, P.C.


 /s/ Ashley Nikkel                                       /s/ Dillon J. Steadman
Ashley C. Nikkel, NSBN 12838                            Mark G. Worischeck
Sarah Ferguson, NSBN 14515                              Dillon J. Steadman (*pro hac vice*)
50 West Liberty Street, Suite 750                       3030 North Third St., Suite 1300
Reno, NV 89501                                          Phoenix, AZ 85012-3099
Telephone:  775.323.1601                                Telephone:  602.532.5795
ANikkel@parsonsbehle.com                                Mark.worischeck@sandersparks.com
SFerguson@parsonsbehle.com                              Dillon.steadman@sandersparks.com

ZEIGER, TIGGES & LITTLE LLP                             James P.C. Silvestri, NSBN 3603
Christopher J. Hogan, *pro hac vice*                    Ali R. Iqbal, NSBN 15056
Lauren P. Rubin, *pro hac vice*                         PYATT SILVESTRI
8000 Walton Parkway, Suite 260                          7670 W. Lake Mead Blvd., Suite 250
New Albany, OH 43054                                    Las Vegas, NV 89128
Telephone: 614.324.5078                                 Telephone:  702.383.6000
hogan@litohio.com                                       jsilvestri@pyattsilvestri.com
rubin@litohio.com                                       aiqbal@pyattsilvestri.com

*Attorneys for Plaintiffs*                              *Attorneys for Defendant*


**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2025