James P. C. Silvestri
Nevada State Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
Direct Phone: (702) 383-6000
jsilvestri@pyattsilvestri.com

and

Mark G. Worischeck
Dillon J. Steadman, *Admitted Pro Hac Vice*
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5795
Direct Fax: (602) 230-5054
mark.worischeck@sandersparks.com
dillon.steadman@sandersparks.com

*Attorneys for Defendant 26 North Aviation, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NETJETS SALES, INC., a Delaware corporation; NETJETS AVIATION, INC., a Delaware corporation; NETJETS SERVICES, INC., a Delaware corporation authorized to do business in the State of Nevada,<br><br>Plaintiffs,<br><br>vs.<br><br>26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET, a Florida corporation; DOE INDIVIDUALS 1-20; ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 3:23-CV-00332-ART-CLB<br><br>**STIPULATION AND [Proposed] ORDER TO EXTEND STAY**<br><br>*(Assigned to the Hon. Anne R. Traum)*<br><br>**(First Request)** |

Defendant 26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET (hereinafter "Defendant") and Plaintiffs NETJETS SALES, INC., NETJETS AVIATION, INC., NETJETS SERVICES, INC. (hereinafter collectively "Plaintiffs," together with Defendant, the "Parties") by and through their respective counsel of record, do hereby

1  stipulate to extend the current stay, as ordered by the Court (Doc. 52) on November 13,
2  2025, by sixty (60) days to finalize the settlement and dismissal filings.

3        The Parties jointly request this extension so that the settlement agreement may be
4  finalized and executed and dismissal papers may be filed.  Counsel for Plaintiffs has
5  provided a draft settlement agreement, and Defendant, following the holidays, expects to
6  provide its input in the first week of January, 2026.  Payment of the settlement funds is
7  being prepared.  The Parties have acted in good faith to request this extension and have no
8  intent, nor reason, to delay the resolution of this matter.  Accordingly, the Parties aver,
9  pursuant to Local Rule 6-1, that good cause exists for the requested extension.  This is the
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Parties' first request to extend the stay.

| | |
|---|---|
| DATED this 5th day of January, 2026 | DATED this 5th day of January, 2026. |
| **SANDERS & PARKS, P.C.** | **PARSONS BEHLE & LATIMER** |
| /s/ Dillon J. Steadman | /s/ Sarah Ferguson (with permission) |
| Mark G. Worischeck | Ashley C. Nikkel, NSBN 12838 |
| Dillon J. Steadman (*pro hac vice*) | Sarah Ferguson, NSBN 14515 |
| 3030 North Third St., Suite 1300 | 50 West Liberty Street, Suite 750 |
| Phoenix, AZ 85012-3099 | Reno, NV 89501 |
| Telephone: 602.532.5795 | Telephone: 775.323.1601 |
| Mark.worischeck@sandersparks.com | ANikkel@parsonsbehle.com |
| Dillon.steadman@sandersparks.com | SFerguson@parsonsbehle.com |
| **PYATT SILVESTRI** | **ZEIGER, TIGGES & LITTLE LLP** |
| James P.C. Silvestri, NSBN 3603 | Christopher J. Hogan, *pro hac vice* |
| Ali R. Iqbal, NSBN 15056 | Lauren P. Rubin, *pro hac vice* |
| 7670 W. Lake Mead Blvd., Suite 250 | 8000 Walton Parkway, Suite 260 |
| Las Vegas, NV 89128 | New Albany, OH 43054 |
| Telephone: 702.383.6000 | Telephone: 614.324.5078 |
| jsilvestri@pyattsilvestri.com | hogan@litohio.com |
| aiqbal@pyattsilvestri.com | rubin@litohio.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____