UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NETJETS SALES, INC., a Delaware corporation; NETJETS AVIATION, INC., a Delaware corporation; NETJETS SERVICES, INC., a Delaware corporation authorized to do business in the State of Nevada, | Case No. 3:23-CV-00332-ART-CLB |
| Plaintiffs, | **ORDER GRANTING** |
| vs. | **STIPULATION  FOR DISMISSAL WITH PREJUDICE** |
| 26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET, a Florida corporation; DOE INDIVIDUALS 1-20; ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

Plaintiffs NETJETS SALES, INC., NETJETS AVIATION, INC., NETJETS SERVICES, INC. and Defendant 26 NORTH AVIATION INCORPORATED dba SKYSTREAM JET, by and through their respective counsel of record, do hereby stipulate to dismiss this action, with prejudice,

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs.

DATED this 23rd day of January, 2026.        DATED this 23rd day of January, 2026.

PARSONS BEHLE & LATIMER                 SANDERS & PARKS, P.C.


 /s/ Sarah Ferguson                          /s/ Dillon J. Steadman
Ashley C. Nikkel, NSBN 12838            Mark G. Worischeck
Sarah Ferguson, NSBN 14515             Dillon J. Steadman (*pro hac vice)*
50 West Liberty Street, Suite 750          3030 North Third St., Suite 1300
Reno, NV 89501                          Phoenix, AZ 85012-3099
Telephone:  775.323.1601                Telephone:  602.532.5795
ANikkel@parsonsbehle.com               Mark.worischeck@sandersparks.com
SFerguson@parsonsbehle.com             Dillon.steadman@sandersparks.com

ZEIGER, TIGGES & LITTLE LLP           James P.C. Silvestri, NSBN 3603
Christopher J. Hogan, *pro hac vice*        Ali R. Iqbal, NSBN 15056
Lauren P. Rubin, *pro hac vice*            PYATT SILVESTRI
8000 Walton Parkway, Suite 260          7670 W. Lake Mead Blvd., Suite 250
New Albany, OH 43054                    Las Vegas, NV 89128
Telephone: 614.324.5078                 Telephone:  702.383.6000
hogan@litohio.com                      jsilvestri@pyattsilvestri.com
rubin@litohio.com                      aiqbal@pyattsilvestri.com

*Attorneys for Plaintiffs*                    *Attorneys for Defendant*


**ORDER**

        IT IS SO ORDERED.


_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:  January 23, 2026

PARSONS
BEHLE &
LATIMER

2